534

377 A.2d 162

Commonwealth v. Auman, Appellant.

Submitted March 14, 1977. Robert Bruce Evanick, Assistant Public Defender, for appellant; Daniel Frey, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 163

Commonwealth v. Baker, Appellant.

Submitted March 21, 1977. A. P. Libetti, for appellant; Steven H. Goldblatt and Deborah E. Glass, Assistant District Attorneys, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below dated June 25, 1976, is reversed. The case is remanded to the lower court for appointment of counsel and leave is granted to file an amended Post Conviction Hearing Act petition. Rules 1503 and 1504, Pa.R.Crim.P., 19 P.S. Appendix. See *Commonwealth v. Scott*, 469 Pa. 381, 366 A.2d 225 (1976); *Commonwealth v. Fiero*, 462 Pa. 409, 341 A.2d 448 (1975); *Commonwealth v. Minnick*, 436 Pa. 42, 258 A.2d 515 (1969); *Commonwealth v. Young*, 245 Pa.Superior Ct. 298, 369 A.2d 412 (1976).